National State Bank, appellant, v. George Rampendahl et al., appellees.

Suit to set aside a conveyance alleged to be in fraud of creditors. Bill dismissed for want of equity. Appeal from the Circuit Court of Massac county; the Hon. William N. Butler, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed January 26, 1923.

Walter Roberts and H. A. Evans, for appellant. Courtney, Helm & Helm, for appellees.

Mr. Justice Barry delivered the opinion of the court.

---

Fred Montine, Sr., appellee, v. Darling & Company, appellant.

Action for damage to growing corn by acids and gases thrown into the air by defendant's commercial fertilizer plant. Judgment for plaintiff. Appeal from the Circuit Court of St. Clair county; the Hon. George A. Crow, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed January 26, 1923.

Kramer, Kramer & Campbell and R. E. Costello, for appellant. P. K. Johnson, for appellee.

Mr. Justice Barry delivered the opinion of the court.

---

August Niesmann, appellee, v. Joseph Harris, appellant.

Action upon a grocery bill claimed to have been incurred by an agent for defendant in running a restaurant. Judgment for plaintiff. Appeal from the City Court of East St. Louis; the Hon. M. Millard, Judge, presiding. Heard in this court at the March term, 1922. Reversed and remanded. Opinion filed January 26, 1923.

Keefe & Baxter, for appellant. W. M. Vandeventer and Thomas E. Gillespie, for appellee.

Mr. Justice Higbee delivered the opinion of the court.

---

Minnie Ferrero, defendant in error, v. National Council of Knights and Ladies of Security, plaintiff in error.

Action on a life benefit certificate defended on the ground of suicide. Judgment for plaintiff. Error to the City Court of East St. Louis; the Hon. M. Millard, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed January 26, 1923.

W. Paul Mobley, for plaintiff in error. Beasley & Zulley, for defendant in error.

Mr. Justice Higbee delivered the opinion of the court.

---

C. G. Boyajian, appellee, v. Charles Sarafian et al., trading as Illinois Candy Kitchen, and Harry Kalagian, appellants.

Trover by a chattel mortgagee for conversion of mortgaged property. Judgment for plaintiff. Appeal from the City Court of East St. Louis; the Hon. Silas Cook, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed January 26, 1923.

Alexander Flannigen, for appellants. E. H. Schwarzenbach and F. R. Stout, for appellee.

Mr. Justice Higbee delivered the opinion of the court.